# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

David Hart,

    Petitioner,

        v.                                     Case No. 1:12cv698

Ohio Adult Parole Authority,             Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 11, 2013 (Doc. 13).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 13) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 13) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 13) of the Magistrate Judge is hereby **ADOPTED.** Respondent's Motion to Dismiss (Doc. 10) is **GRANTED**. The Petitioner's Petition (Doc. 1) is **DISMISSED** with prejudice.

Any request for a certificate of appealability or request to proceed *in forma pauperis* on appeal consistent with the Report and Recommendation (Doc. 13) by the magistrate judge would not be taken in good faith and would be denied.

**IT IS SO ORDERED.**

                                              *s/Michael R. Barrett*
                                              Michael R. Barrett
                                              United States District Judge